Dismissed and Memorandum Opinion filed February 9, 2006









Dismissed and Memorandum Opinion filed February 9,
2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00034-CV

____________

 

IN THE MATTER
OF F.M.G., a Juvenile

 

 



 

On Appeal from the
County Court
at Law No. 2 & Probate Court

Brazoria County,
Texas

Trial Court Cause
No. JV11500

 



 

M E M O R A N D U M   O P I N I O N

On January 26, 2006, appellant, a juvenile, filed a written
request to withdraw his notice of appeal, waive the right of appeal, and
dismiss this appeal.[1]  The request is personally signed by
appellant, his mother, and his counsel. 
In addition, the State joined the request.  Because this Court has not delivered an
opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 9, 2006.

Panel consists of Chief Justice Hedges and Justices
Yates and Guzman. 











[1]  The original
request was filed with the Brazoria County Clerk, who forwarded a certified
copy to this Court.